# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FRONTIER MERGER SUB, LLC
and CASH AMERICA EAST,
INC.,**

                      **Plaintiffs,**

**v.**                                    **Case No: 6:22-cv-803-PGB-EJK**

**AMERICAN PAWN AND
JEWELRY, INC., MARC
NICOSIA, RALPH SOUSSOU
and LUIS QUILES,**

                      **Defendants.**

_____/

## ORDER

This cause is before the Court on the parties' Stipulation of Dismissal With Prejudice, filed July 7, 2022 (Doc. 27). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiffs' claims against Defendants American Pawn and Jewelry, Inc., Marc Nicosia, Ralph Soussou, and Luis Quiles are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on July 8, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties